UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**RANDALL GALLOWAY,**  )
)
Petitioner,  )
)
v.  )  Case No. 1:22-cv-1498-LCB-SGC
)
**WARDEN SEAN SNIDER,**  )
)
Respondent.  )

# ORDER

United States Magistrate Judge Staci G. Cornelius recommends that Warden Sean Snider's motion to dismiss be granted and that this action be dismissed as moot. (Doc. 12 at 6). To date, Randall Galloway has failed to respond to Snider's motion or object to Judge Cornelius's recommendation.[1] Having reviewed de novo the entire record, the Court **ADOPTS** the recommendation (Doc. 12), **GRANTS** Snider's motion (Doc. 8), and **DISMISSES** this action as moot. The Clerk of Court shall close this case.

**DONE** and **ORDERED** July 12, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

---

[1] Galloway's deadline for responding to the motion expired on March 8, 2023, and his deadline for objecting to the recommendation expired on June 14, 2023. (Doc. 12 at 3, 6–7).